Pamela BOND, Plaintiff–Appellant,

v.

The JOHNS HOPKINS HOSPITAL, Defendant–Appellee.

No. 02–1817.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Pamela Bond, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Pamela Bond appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the rea-soning of the district court. *See Bond v. The Johns Hopkins Hosp.,* No. CA–02–2190–CCB (D. Md. filed July 3, 2002; entered July 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*